UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| LINDA J. NOFZIGER, | ) | Case No. 6:04-bk-09253-KSJ |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| MITCHEL KALMANSON, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 6:06-ap-35 |
| vs. | ) | |
| | ) | |
| LINDA J. NOFZIGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MEMORANDUM OPINION DENYING
MOTION TO FILE SECOND AMENDED COMPLAINT

This adversary proceeding came on for hearing on November 27, 2007, on the Motion to File Second Amended Complaint (Doc. No. 101) filed by Mitchel Kalmanson, the plaintiff. In the Motion, Kalmanson seeks to reassert claims similar to those dismissed by the Court in two prior orders (Doc. Nos. 43 and 48). Previously, Kalmanson had sought to assert various conspiracy claims against the debtor based upon the debtor's actions in coordination with various other non-debtor parties. For the reasons explained in the prior orders granting the dismissal of these counts, the Court found no legal basis for such a conspiracy claim under 11 U.S.C. Section 523. As such, Kalmanson's renewed effort to add these counts to this pending adversary proceeding is merely a third attempt to add claims twice dismissed.

Moreover, the timing of the request is questionable. A trial is set in this adversary proceeding to commence on December 10, 2007, mere days from now. To add renewed complicated counts would serve to delay the trial in this adversary proceeding. Although

Bankruptcy Rule 7015, which incorporates Rule 15 of the Federal Rules of Civil Procedure, provides that amendments shall be freely given when justice is required, limits exist. Attempts to amend pleadings to add substantial new allegations on the eve of trial are inappropriate.

Accordingly, because the Court finds that the requested amendment fails to state a claim upon which relief can be granted, and because the request for the amendment came too late in these proceedings, the Court denies Kalmanson's Motion to File Second Amended Complaint. A separate order consistent with this Memorandum Opinion shall be entered.

DONE AND ORDERED on December 12, 2007.

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge